### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER LYNN LAWRENCE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 21-cv-3269** |
| **DOAR, INC.** | : | |

### O R D E R

**AND NOW**, this **10th** day of **August 2021**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is <u>Magistrate Judge Marilyn Heffley</u>.

                              **FOR THE COURT:**

                              **JUAN R. SÁNCHEZ**
                              **Chief Judge**

                              **ATTEST:**

                              */s/ Kate Barkman*
                              **KATE BARKMAN**
                              **Clerk of Court**