# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER LYNN LAWRENCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOAR, INC.,<br><br>　　　　Defendant. | :<br>:<br>:<br>:  Civil Action No. 2:21-cv-03269<br>:<br>:<br>:<br>:<br>:<br>: |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges of this Court to determine the need for recusal, the undersigned counsel states that the nongovernmental corporate party DOAR, Inc. does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 30, 2021

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　By:   */s/ Elizabeth Seidlin-Bernstein*
　　　　　　　　　　　　　　　　　　　Elizabeth Seidlin-Bernstein
　　　　　　　　　　　　　　　　　　　seidline@ballardspahr.com
　　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-7599
　　　　　　　　　　　　　　　　　　　Telephone: 215.665.8500
　　　　　　　　　　　　　　　　　　　Facsimile: 215.864.8999

　　　　　　　　　　　　　　　　*Attorneys for Defendant DOAR, Inc.*