# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER LYNN LAWRENCE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 21-3269** |
| | : | |
| **DOAR, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 27th day of September 2021, upon consideration of Defendant DOAR, Inc.'s request for a stay of its deadlines to file motions under Federal Rule of Civil Procedure 12(b)(6) and applicable anti-SLAPP laws (ECF No. 4), and Plaintiff's letter in response (ECF No. 5), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendant's deadlines to file motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), Nev. Rev. Stat. § 41.635 et seq., N.Y. Civ. Rights Law §§ 70-a, 76-a, D.C. Code § 16-5501 et seq., and/or the anti-SLAPP laws of any other state are **STAYED** pending the Court's decision on DOAR's anticipated motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3).
2. If the Court determines that it has jurisdiction and that venue in this District is proper, Defendant shall file any motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), Nev. Rev. Stat. § 41.635 et seq., N.Y. Civ. Rights Law §§ 70-a, 76-a, D.C. Code § 16-5501 et seq., and/or the anti-SLAPP laws of any other state no later than **twenty-one (21) days** after the Court enters a ruling on Defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3).

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**