# Exhibit 1

Explore

Settings

**Thread**

**Jennifer Lynn Lawrence**
@JenLawrence21

We have been marching all around the country for you Mr President. Now we will bring it to DC on Jan 6 and PROUDLY stand beside you! Thank you for fighting for us @realDonaldTrump! @america1stwomen @KylieJaneKremer @AmyKremer @DustinStockton @accordingtokeri @SamAdamsTPP

Donald J. Trump
@realDonaldTrump

2.1M views · From **Kylie Jane Kremer**

8:04 PM · 1/2/21 · Twitter for iPhone

**37K** Retweets **2,855** Quote Tweets **124K** Likes

Kylie Jane Kremer @KylieJaneKr... · 12m
Replying to @realDonaldTrump
We are ecstatic you shared our #MarchForTrump video and we cannot wait for January 6th at The Ellipse!

RSVP at TrumpMarch.com #StopTheSteal #DoNotCertify #SaveAmericaRally

12:17 AM · Jan 3, 2021 · Twitter for iPhone

**5,432** Retweets **326** Quote Tweets **29.5K** Likes

**Jennifer Lynn Lawrence** @JenLawrence21 · Jan 3
Replying to @JenLawrence21
BEST DAY EVER!!! Thank You @realdonaldtrump for the retweet!! It has been an honor to stand up and fight for you and our nation. We will be standing strong on Jan 6th in DC with you! We are bringing the Calvary Mr President 🇺🇸❤️🤍💙@AmyKremer @KylieJaneKremer @DustinStockton
193 237 852

**Donald Trump Tweets a Country Every Hour** @realdonaldm... · Jan 3

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Sign up with phone or email
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Jennifer Lynn Lawrence** @JenLawrence21 Follow
✝ & 🇺🇸 ♡ #marchfortrump Team 🚌 ♡ Media - We Build the Wall 🧱 ♡ Conservative America 1st Activist ♡ RealJLawmedia@gmail.com

**Women for America Firs** @america1stwomen Follow
Engaging, Inspiring & Empowering Women to Make a Difference. #AmericaFirst #KeepAmericaGreat #KAG #MAGA #WomenforTrump #NRA #TeamTrump #MarchForTrump 🚌

**What's happening**

COVID-19 · LIVE
**Biden's vaccine mandate for workers is supported by legal precedents, experts say**

World news · LIVE
**The UN General Assembly continues in New York**

Los Angeles Time · This afternoon
**California's universal voting by mail becomes permanent**

Television · 26 minutes ago
**NCIS airing on CBS**
Trending with #NCIS

Competition shows · Trending
**#TheVoice**
Contestants attempt to turn the judges' chairs in the third installment of the blind auditions on NBC's The Voice 🎵
Trending with #VoiceBlinds, #TeamAriana

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2021 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up