# Exhibit 3

Explore

Settings

Thread

**Jennifer Lynn Lawrence** @JenLawrence21 · Jan 3

We have been marching all around the country for you Mr President. Now we will bring it to DC on Jan 6 and PROUDLY stand beside you! Thank you for fighting for us @realDonaldTrump! @america1stwomen @KylieJaneKremer @AmyKremer @DustinStockton @accordingtokeri @SamAdamsTPP

TRUMPMARCH.COM
PAID FOR BY WOMEN FOR AMERICA FIRST

2.1M views · From Kylie Jane Kremer

8:04 PM · 1/2/21 · Twitter for iPhone

37K Retweets 2,855 Quote Tweets 124K Likes

2.5K 5.7K 29.5K

**Jennifer Lynn Lawrence**
@JenLawrence21

BEST DAY EVER!!! Thank You @realdonaldtrump for the retweet!! It has been an honor to stand up and fight for you and our nation. We will be standing strong on Jan 6th in DC with you! We are bringing the Calvary Mr President 🇺🇸❤️🤍💙@AmyKremer @KylieJaneKremer @DustinStockton

11:32 AM · Jan 3, 2021 · Twitter for iPhone

**164** Retweets **73** Quote Tweets **852** Likes

**Tracy Fitzpatrick** @TracyFeeFiFoFum · Jan 3

Replying to @JenLawrence21 @realDonaldTrump and 3 others

Thanks for being a useful idiot for me hon.

2 2 14

**Chris Marbell** @ChrisMarnell3 · Jan 3

Replying to @JenLawrence21 @realDonaldTrump and 3 others

Now we know. Rumor has it corruption DID occur in FL and in TX and Biden won those states!! trump knows it will come out when Biden takes over and he will be in jail for treason if true. They are desperate to stop Biden getting in.

5 1 19

❤️🍷 @Wine_Not_Today · Jan 3

Saying the same thing over and over again doesn't make it true! 🙄

1 3

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Jennifer Lynn Lawrence** @JenLawrence21 Follow

✝ & 🇺🇸 ♡ #marchfortrump Team 🚌 ♡ Media - We Build the Wall 🧱 ♡ Conservative America 1st Activist ♡ RealJLawmedia@gmail.com

**Amy Kremer** @AmyKremer Follow

Chair @america1stwomen; co-founder @womenfortrump PAC; former Chair #TeaParty Express; #MarchforTrump #MAGA #womenfortrump #stopthesteal trumpmarch.com

## What's happening

COVID-19 · LIVE
**Biden's vaccine mandate for workers is supported by legal precedents, experts say**

World news · LIVE
**The UN General Assembly continues in New York**

Los Angeles Times · Yesterday
**How the 2nd largest wildfire in California history was stopped before surpassing 1 million acres**

Television · 27 minutes ago
**NCIS airing on CBS**
Trending with #NCIS

NFL · LIVE
**Eagles at Cowboys**
Trending with Jaylon Smith, Eagles

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2021 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up