# Exhibit 4

# JANUARY 3, 2021



**Jennifer Lynn Lawrence** ✓
@JenLawrence21

BEST DAY EVER!!! Thank You @realdonaldtrump for the retweet!! It has been an honor to stand up and fight for you and our nation. We will be standing strong on Jan 6th in DC with you! ==We are bringing the Calvary Mr President== @AmyKremer @KylieJaneKremer @DustinStockton 💙🤍❤️🇺🇸

11:32 AM • Jan 3, 2021

---



**Donald J. Trump** ✓
@realDonaldTrump

> **Jennifer Lynn Lawrence** ✓
> @JenLawrence21
>
> We have been marching all around the country for you Mr President. ==Now we will bring it to DC on Jan 6 and PROUDLY stand beside you! Thank you for fighting for us==

10:15 AM • Jan 3, 2021

Trump, Donald J. (@realDonaldTrump). Jan. 3, 2021, 10:15 AM; Trump, Donald J. (@realDonaldTrump). Jan. 3, 2021, 11:32 AM