IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER LYNN LAWRENCE** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **2:21-cv-03269** |
| | : | |
| **DOAR, INC.** | : | |
| | : | |
| **Defendant.** | : | |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Defendant's Motion to Dismiss Complaint, and Plaintiff's Response in Opposition thereto, it is hereby ORDERED and DECREED that Defendant's Motion is DENIED.

It is further ORDERED and DECREED that Plaintiff is granted leave to pursue discovery regarding the Court's jurisdiction in this matter. Defendant shall provide its response to Plaintiff's previously served Jurisdictional Discovery Requests within fourteen (14) days of the date of this Order. Additionally, Counsel for the Parties shall confer and schedule the deposition of a Corporate Designee on behalf of Defendant regarding the issue of jurisdiction, said deposition to occur on a date no later than forty-five (45) days from the date of this Order.

Upon the completion of discovery related to jurisdiction in this matter, Defendant is granted leave to file a subsequent Motion to Dismiss on the basis of jurisdiction no later than fourteen (14) days from the completion of said discovery.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.