IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER LYNN LAWRENCE,<br><br>      Plaintiff,<br><br>      v.<br><br>DOAR, INC.,<br><br>      Defendant. | Civil Action No.: 2:21-cv-03269 |

### [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 2021, upon consideration of Defendant DOAR, Inc.'s Motion for Leave to File Reply in Support of Its Motion to Dismiss, it is hereby **ORDERED** that the Motion is **GRANTED** and Defendant's Reply attached as Exhibit 1 to its Motion is to be accepted and filed as of the date of this Order in connection with Defendant's Motion to Dismiss Complaint for Lack of Personal Jurisdiction, Improper Venue, and Failure to State a Claim (Dkt. 8).

BY THE COURT:

_____
**Petrese B. Tucker**
*Senior Judge, United States District Court*