## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER LYNN LAWRENCE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 21-3269** |
| **DOAR, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 9th day of November 2021, upon consideration of Defendant's Motion for Leave to File a Reply Brief (ECF No. 10), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Motion for Leave to File a Reply (ECF No. 10) is **GRANTED**; and

2. The Clerk of Court is directed to file the Reply Brief attached to Defendant's Motion of record with the Court.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**